# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ON MOTION FOR REHEARING

## NO. 03- 25-00477-CV

## In re Latiesha Brown

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

We overrule relator's July 11, 2025 motion for rehearing; withdraw the opinion issued on July 9, 2025; and substitute the following.

Relator has filed a petition for writ of mandamus complaining of alleged due process violations in the trial court's June 6, 2025 order for protection of a child in an emergency. Having reviewed the second amended petition and the appendix filed on July 16, 2025, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: August 8, 2025